IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TREVOR CHASE TURNBOW, § § Plaintiff, § § v. § § CARA LEAHY WHITE et al., § § Defendant. § § | CIVIL ACTION NO. 4:21-cv-00409-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 9), issued on April 28, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendant Robert Dowd's Motion to Dismiss (ECF No. 6) and **DISMISSES without prejudice** Plaintiff's claims against Defendant Robert Dowd.

**SO ORDERED** on this **13th day** of **May, 2021**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

1