IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TREVOR CHASE TURNBOW, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-00409-O |
| CARA LEAHY WHITE et al., | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 19), issued on July 13, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DISMISSES** the remaining claims against Defendants Cara Leahy White, Dan Allen White, and Larry Lee Fowler, Jr., for failure to prosecute and **GRANTS** Defendant Robert Dowd's Motion for Rule 11 Sanctions (ECF No. 12) in the amount of $10,000 in attorney's fees and expenses.

**SO ORDERED** on this **28th day** of **July, 2021**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

1